UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Applicant,<br><br>     v.<br><br>99 CENTS ONLY STORES LLC,<br><br>          Respondent.<br>_____/ | No. C 14-80185 EMC (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred Applicant U.S. Equal Employment Opportunity Commission's application for an order compelling compliance with an administrative subpoena, electronically filed on June 18, 2014, which is a discovery matter, to United States Magistrate Judge Laurel Beeler. Referral Order, ECF No. 6.[1]  The Commission initially noticed the application for a hearing before Judge Chen on July 24, 2014 and filed proof of service that it served Respondent. *See* ECF No. 5.

The court resets the matter for July 19, 2014, at 9:30 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102. The court also directs the Commission to serve Respondent with its application and this scheduling order and to file proof of service. Any opposition is due on July 3, 2014, and any reply is due on July 10, 2014.

The court also attaches its procedures for addressing discovery disputes. The court employs the procedures with actions to enforce administrative subpoenas. The procedures require, among other

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 12-80185 EMC (LB)
NOTICE OF REFERRAL AND ORDER

things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person**. If that procedure does not resolve the disagreement, the parties must file a joint letter brief instead of a formal motion. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." If Respondent After reviewing the joint letter, the Court will evaluate whether further proceedings are necessary, including any further briefing or argument.

What that means is that the court will require that process. If the Commission identifies counsel, then—in lieu of an opposition—the parties must engage in the required meet-and-confer process and provide the court with an update by July 3, 2014, the due date of the opposition. Given the lack of a response by Respondent to date, the court leaves the matter on calendar now as a noticed motion to preserve for the Commission its remedy of enforcing its subpoena.

**IT IS SO ORDERED.**

Dated: June 24, 2014

_____
LAUREL BEELER
United States Magistrate Judge