UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Applicant,<br><br>    v.<br><br>99 CENTS ONLY STORES LLC,<br><br>    Respondent. | No. C 14-80185 EMC (LB)<br><br>**ORDER CONTINUING HEARING RE: ADMINISTRATIVE SUBPOENA**<br><br>[Re: ECF No. 10] |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court continues the hearing on the Commission's application to enforce its subpoena until **August 28, 2014 at 11 a.m.** As an administrative matter, the court terminates the application, directs the joint letter brief process that the parties agreed to, and keeps the enforcement action open and calendared for August 28, 2014. If the parties resolve the issue before then, the Commission will dismiss its enforcement action.

**IT IS SO ORDERED.**

Dated: July 3, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 12-80185 EMC (LB)
ORDER